IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
VIRGINIA D. TOUSIGNANT,       )
                              )
     Plaintiff,               )
                              )    CIVIL ACTION NO.
     v.                       )      2:13cv560-MHT
                              )          (WO)
PHYSICIANS FOR WOMEN, P.C.,   )
                              )
     Defendant.               )
```

## JUDGMENT

It is the ORDER, JUDGMENT, and DECREE of the court that, pursuant to the stipulation of dismissal (Doc. No. 13), this case is dismissed in its entirety with prejudice, with the parties to bear their own costs.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 22nd day of January, 2014.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE